No. 94–5123. MELVIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5124. MARTINEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5126. NOEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5127. MOSES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5128. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5129. McCULLY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5130. PINK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5131. PATINO-CARDONA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5132. PORTILLO-VALENZUELA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5133. NADDI *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–5134. BRELAND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5136. BOTELLO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5137. COWART *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–5138. PAXTON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–5140. SOO HOO *v.* UNITED STATES PAROLE COMMISSION. C. A. 9th Cir. Certiorari denied.